FILED
JUL 5 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) No. | 1:22CR00086SNLJ-ACL |
| vs. ) | |
| ) 18 U.S.C. § 751(a) | |
| JEVON BURLESON, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

Beginning on or about June 21, 2022, in Cape Girardeau County, St. Francois County, and elsewhere within the Southeastern Division of the Eastern District of Missouri,

**JEVON BURLESON,**

the defendant herein, knowingly and willfully escaped from the custody of the Attorney General or his authorized representative, or from any custody under or by virtue of any process issued under the laws of the United States by any court or judge, in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

_____
FOREPERSON

1

SAYLER A. FLEMING
UNITED STATES ATTORNEY


_____
JOHN N. KOESTER, JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY